**EXHIBIT 1**



*Top.* A photo Plaintiff created at 10:47pm on June 26, 2022, showing an illuminated Christmas tree in June in Concord near the Federal Courthouse and N. Spring St. *Right.* A map of Concord, NH, indicating the location where the photo occurred in the vicinity of the District Court and Federal St.