**EXHIBIT 2**



An image created by Chat GPT (Artificial Intelligence) that substantially conveys the impression perceived with respect to 44 N. Spring St. on the night of June 26, 2022.

*Prompt*: Make a rendering of this photo of a front porch with the following features: The Viewer goes up the front steps and is situated on the porch in front of the door with a fisheye view; and the Viewer can see the door on the left, the steps on the right, and an open space on the porch; and along the bottom baseboard of the porch wall adjacent to the street is a horizontally long wooden plaque sign that says "Welcome to our Porch" (less than a foot tall, about the height of a baseboard); and above the mailbox is a decorative wooden plaque sign that says "Liberty" on it; and in the center window is a ring security camera with a subtly glowing red light; and at the Viewer's feet, in the center of the standing area between steps and porch (remember this is a fisheye view) there are two teddy bear stuffed animals leaning against each other facing the door.