**EXHIBIT 4**



44 N. Spring St. (front view) according to Google Maps (August 2011, Accessed May 29, 2025).