**EXHIBIT 5**



44 N. Spring St. (side view) according to Google Maps (August 2011, Accessed May 29, 2025), showing that the porch is appurtenant to an easement in gross for all citizens with respect to all sidewalks in the City of Concord, New Hampshire.