**EXHIBIT 6**



The only photo I possess of 44 N. Spring St. on June 26/27, 2022, because it is public White Pages information. It evidences recognizable name KATHRINE ELIZABETH from WESTON and LIBERTY as Plaintiff's substantive due process.