**EXHIBIT 7**

2160-OMFH-JRED

# HARVARD UNIVERSITY

AT CAMBRIDGE IN THE COMMONWEALTH OF MASSACHUSETTS



THE President and Fellows of Harvard College, with the consent of the Honorable and Reverend the Board of Overseers and acting on the recommendation of the Faculty of Arts and Sciences, have conferred on

## JEREMY CHRISTOPHER SOUTHGATE

the degree of Bachelor of Liberal Arts in Extension Studies cum laude.

In witness whereof, *by authority duly committed to us, we have hereunder placed our names and the seal of the University on this tenth day of November in the Year of Our Lord two thousand and twenty and of Harvard College the three hundred and eighty-fifth.*

*Lawrence S. Bacow*
PRESIDENT

*Nancy Coleman*
DEAN OF CONTINUING EDUCATION
AND UNIVERSITY EXTENSION

*Claudine Gay*
EDGERLEY FAMILY DEAN
OF THE FACULTY OF ARTS AND SCIENCES