EXHIBIT 8

## Outlook

## Congrats & General Info

**From** Law Registrar's Office <law.registrars@send.unh.edu>
**Date** Wed 5/21/2025 6:00 PM
**To** Jeremy Southgate <Jeremy.Southgate@law.unh.edu>

You don't often get email from law.registrars@send.unh.edu. Learn why this is important

logo for the Franklin Pierce School of Law

Good Afternoon Jeremy,

Congratulations on graduating with your Juris Doctor degree. We hope you all got to enjoy this amazing achievement with family and friends.

Please know that while you are now alumni we are still here to assist in any way we can.

- For career counseling please visit the Alumni Services section of the Career and Academic Advising Office website.
- For assistance with Bar prep please reach out to Academic Success.
- Transcript requests can be made through our third party vendor Parchment.
- Bar application forms should be sent via email to our office at Law.Registrar@law.unh.edu.

For all of those who were unable to attend commencement please reach out to our office to verify your mailing address. We will begin mailing diplomas this week.

Thank you and congratulations again!

Regards,

Office of the Registrar

Franklin Pierce Law on facebook   Franklin Pierce Law on twitter   Franklin Pierce Law on youtube   Franklin Pierce Law on instagram   Franklin Pierce Law on linkedin

Franklin Pierce School of Law   2 White Street   Concord, NH 03301
(603) 228-1541 • TTY Users: 7-1-1 or 800-735-2964 (Relay NH)

USNH Privacy Policies • USNH Terms of Use • ADA Acknowledgement • Copyright © 2025

Please do not reply to this message. Replies to this message are routed to an unmonitored mailbox