UNITED STAR A.S.
JUN 2 6 2025
SPARK STATE

# In the Supreme Court of the United States

United States District Court for the District of New Hampshire

at Concord, New Hampshire

**JEREMY C. SOUTHGATE**
as
**SPARK STATE**

v.

**THE STATE OF NEW HAMPSHIRE**

and

**THE COMMONWEALTH OF MASSACHUSETTS**

# NOTICE OF FILING

*Supreme Court Rule 17.*

**FILED VIA U.S. MAIL**
UNITED STATES POSTAL SERVICE
18 LOUDON RD
CONCORD, NH 03301

June 26, 2025



## Apostille
(Convention de La Haye du 5 octobre 1961)

*In the name of Almighty God!*

1. The *Nation-State* is **SPARK STATE**.

    1.1. The *Nation* is that of the UNITED STATES OF AMERICA ("... **One Nation, Under God ....**").

    1.2. The *State* is **SPARK STATE**. **SPARK STATE** is not unionized but is an **Independent Sovereign Entity for International Cooperation**.

2. THE **PUBLIC DOCUMENT** —

    *[handwritten left margin:* SPARK STATE v. New Hampshire and Massachusetts SUPREME COURT of the UNITED STATES *]*

    *[handwritten:* Southgate v. Weston, University of New Hampshire School of Law et. al. District of New Hampshire (Filed June 26, 2025) COMPLAINT & PETITION FOR IMMEDIATE AND COMPLETE RELIEF *]*

    2.1. **By the Authority of**
    THE HEAD OF STATE OF SPARK STATE
    i.e. "KING JEREMY" (International) or "PRESIDENT JEREMY" (U.S. domestic)

    2.2. Will have been signed by
    JEREMY C. SOUTHGATE®

    2.3. Acting in the Capacity of
    HEAD OF STATE (*Montevideo Convention*, 49 Stat. 2957 (1933))

    2.4. At the Location
    SPARK AREA   (((✳)))

    2.5. With Certification of the Date

    _____June 26, 2025_____

    2.6. With General Register Number

    _____Reserved. *See* JEREMY._____

    2.7. Bearing the Seal/Stamp of
    J SPARK GLOBAL

3. Seal / Stamp               4. Signature + 5. Capacity ✓†

*[Seal: J SPARK GLOBAL]*

*[Signature: Jeremy C. Southgate]*

Head of SPARK



*[Stamp: FILED - USDC - NH 2025 JUN 26 10:40  UNITED STAR A.S. + JUN 26 2025 + SPARK STATE]*